**Criminal Case Cover Sheet**　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

Place of Offense: _____　　Category No. __I__　　Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____　Case No. _____

Same Defendant _____　New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__　　☑ Yes　☐ No

Defendant Name __ENMANUEL PAULA CABRAL__　　Juvenile: ☐ Yes　☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes　☑ No

Alias Name: __MANNY, NELFEW, FEW, GORDO__

Address: _____

Birth date (Yr only): __1991__　SSN (last 4#): __7159__　Sex: __M__　Race __Hisp__　Nationality: _____

**Defense Counsel if known:** _____　　Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__　　Bar Number if applicable: __679138__

Interpreter:　☐ Yes　☑ No　　List language and/or dialect: _____

Victims:　☑ Yes　☐ No　　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☑ Yes　☐ No

Matter to be SEALED:　☑ Yes　☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____　☐ Serving Sentence　☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☑ Indictment

**Total # of Counts:**　☐ Petty ___　☐ Misdemeanor ___　☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__　　Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ENMANUEL PAULA-CABRAL

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    Yes ☑  No ☐

Defendant Name __ERY JORDANI ROSARIO__    Juvenile: Yes ☐  No ☑

Is this person an attorney and/or a member of any state/federal bar: Yes ☐  No ☑

Alias Name: __JORDANI, RACACHA__

Address: _____

Birth date (Yr only): __1992__    SSN (last 4#): __8711__    Sex: __M__    Race __Black__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

**Interpreter:** Yes ☑  No ☐    List language and/or dialect: _____

**Victims:** Yes ☑  No ☐    If yes, are there multiple crime victims under 18 USC§3771(d)(2) Yes ☑  No ☐

**Matter to be SEALED:** Yes ☑  No ☐

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** __Street__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ERY JORDANI ROSARIO _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes ☐ No

Defendant Name __ANGEL SANTOS__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: __BIGGIE__

Address: __380 Essex Street, Apt 1, Lynn, MA__

Birth date (Yr only): __2000__   SSN (last 4#): __6508__   Sex: __M__   Race __Black__   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** __Street__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ANGEL SANTOS

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes   ☐ No

Defendant Name __AARON DIAZ LIRANZO__    Juvenile: ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes   ☑ No

Alias Name: __SOSA__

Address: __155 CRESCENT AVENUE, APT 2, LYNN, MA__

Birth date (Yr only): __1998__    SSN (last 4#): __4611__    Sex: __M__    Race __Black__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

**Interpreter:** ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes   ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes   ☐ No

**Matter to be SEALED:** ☑ Yes   ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** __Street__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    AARON DIAZ LIRANZO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                                   **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** _____ | **Category No.** I | **Investigating Agency** HSI | |

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number    See attached

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See attached    ☑ Yes  ☐ No

Defendant Name    JUSTIN ALBA    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:    TUTO, MIMI

Address:    38 Sutton Street, Peabody, MA

Birth date (Yr only): 1999    SSN (last 4#): 4136    Sex: M    Race Black    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Philip A. Mallard    Bar Number if applicable: 679138

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Essex HOC

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at Essex HOC    ☐ Serving Sentence    ☑ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025    Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUSTIN ALBA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** _____ | **Category No.** I | **Investigating Agency** | HSI |

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number    See attached

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See attached      ☑ Yes  ☐ No

Defendant Name    DARWIN BATISTA      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name:    PY

Address:    53 SMITH STREET APT 1, LYNN, MA

Birth date (Yr only): 2004    SSN (last 4#): 4496    Sex: M    Race  Hisp    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Philip A. Mallard    Bar Number if applicable: 679138

**Interpreter:**    ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:**    ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**  Essex HOC

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at  Essex HOC    ☐ Serving Sentence    ☑ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  2/13/2025    Signature of AUSA:  *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DARWIN BATISTA _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* **-** Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number __See attached__   ☑ Yes  ☐ No

Defendant Name __KELVIN LIRANZO ROMAN__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: __WOOPTY__

Address: __2 Collins St, Apt 1, Lynn, MA__

Birth date (Yr only): __1999__   SSN (last 4#): __8293__   Sex: __M__   Race __Hisp__   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__   Bar Number if applicable: __679138__

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__   Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN LIRANZO ROMAN

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes   ☐ No

Defendant Name __MICHAEL MILIANO__    Juvenile: ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes   ☑ No

Alias Name: __TRUCHO__

Address: __21A Salem Street, Salem, MA__

Birth date (Yr only): __2002__   SSN (last 4#): __5686__   Sex: __M__   Race __Hisp__   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter: ☐ Yes   ☑ No    List language and/or dialect: _____

Victims: ☑ Yes   ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes   ☐ No

Matter to be SEALED: ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document: ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts: ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: _Philip Mallard_

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MICHAEL MILIANO

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** HSI

**City** Lynn

**County** Essex

**Related Case Information:**

| | | |
|---|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ | |
| Same Defendant _____ | New Defendant _____ | |
| Magistrate Judge Case Number _____ | | |
| Search Warrant Case Number | See attached | |
| R 20/R 40 from District of _____ | | |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See attached    ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name** WESTYN LANTIGUA    Juvenile: ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** WES, MUDDY

**Address:** 653 Western Avenue, Apt 1, Lynn, MA

**Birth date (Yr only):** 2001   **SSN (last 4#):** 5099   **Sex:** M   **Race** Hisp   **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Street

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025    Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  WESTYN LANTIGUA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**              **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City   Lynn

County   Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number   See attached

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number   See attached    ☑ Yes ☐ No

Defendant Name   LUIS ENRIQUE SANTANA     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:   CHIQUITO, YOUNG LS

Address:   86 Walnut Street, Apt 1, Manchester, NH

Birth date (Yr only): __1994__   SSN (last 4#): __7853__   Sex: __M__   Race __Hisp__   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Philip A. Mallard     Bar Number if applicable: __679138__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**   Street

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025     Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS ENRIQUE SANTANA

<strong>U.S.C. Citations</strong>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes  ☐ No

Defendant Name __LUIS JEFFREY SANTANA-SANCHEZ__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: __SOPITA__

Address: __86 Walnut Street, Apt 1, Manchester, NH__

Birth date (Yr only): __1998__    SSN (last 4#): __8863__    Sex: __M__    Race __Hisp__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

Victims: ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS JEFFREY SANTANA-SANCHEZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number __See attached__    ☑ Yes  ☐ No

Defendant Name __ISRAEL GARCIA VASQUEZ__    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: __MENOL, MENOR__

Address: _____

Birth date (Yr only): __2001__  SSN (last 4#): __6494__  Sex: __M__  Race __Hisp__  Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

Location Status: __Custody__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Essex HOC__    ☑ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ISRAEL GARCIA VASQUEZ

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____     Category No. __I__     Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____     Case No. _____

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__     ☑ Yes ☐ No

Defendant Name __JAMES JIMENEZ__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): __1999__     SSN (last 4#): __9076__     Sex: __M__     Race __Hisp__     Nationality: _____

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__     Bar Number if applicable: __679138__

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__     Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JAMES JIMENEZ

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes  ☐ No

Defendant Name __JANOY BATISTA__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: __EL VIEJO__

Address: __Apartment 1, 380 Essex Street, Lynn, MA__

Birth date (Yr only): __1980__    SSN (last 4#): __0275__    Sex: __M__    Race __Hisp__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter: ☑ Yes  ☐ No    List language and/or dialect: _____

Victims: ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     JANOY BATISTA _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG